UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MARCO VINICIO ORTIZ,

    Plaintiff,

v.                                             CASE NO. 2:10-CV-287-FtM-36SPC

MEXICAN GOVERNMENT,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri P. Chappell on June 28, 2010 (Dkt. 9), recommending that the Court deny Plaintiff's Motion for Leave to Proceed In Forma Pauperis[1] and dismiss the action. On June 30, 2010, Plaintiff filed a notice of appeal, which this Court construes as an objection to the Report and Recommendation (Dkt. 10).[2]

After carefully considering Plaintiff's Complaint (Dkt. 1), Plaintiff's Affidavits to Proceed In Forma Pauperis (Dkt. 2, 4), Magistrate Judge Chappell's Report and Recommendation, and Plaintiff's objection, and undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes that Magistrate Judge Chappell's Report and Recommendation should

---

[1] Plaintiff submitted an Affidavit of Indigency (Dkt. 2), which was construed as a Motion for Leave to Proceed In Forma Pauperis. Plaintiff filed a second Affidavit of Indigency on May 21, 2010 (Dkt. 4).

[2] Plaintiff sent a letter to Judge John Steele, which was docketed as a notice of appeal. In the letter, Plaintiff states that the purpose of the letter is to request an appeal regarding the dismissal of his cases. Although the notice of appeal was prematurely filed in this case, the Court finds that this letter serves as an objection to the Report and Recommendation. Therefore, the transmittal of an appeal to the Eleventh Circuit Court of Appeals will be termianted.

be confirmed and accepted.

Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 9) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Dkt. 2) is **DENIED**.

3. The Clerk shall correct the docket to reflect that the Notice of Appeal is an Objection to the Report and Recommendation and the Clerk shall terminate the transmittal of the appeal to the Eleventh Circuit Court of Appeals.

4. This action is **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions, enter judgment accordingly and close the file.

**DONE AND ORDERED** at Ft. Myers, Florida, on July 12, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sheri P. Chappell
Counsel of Record and Unrepresented Party